IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as ATTORNEY GENERAL OF OKLAHOMA,<br><br>Defendant. | Case No. CIV-25-1305-PRW |

## ORDER

Before the Court is Plaintiff's Motion for Preliminary Injunction (Dkt. 9).

Plaintiff seeks an order enjoining Defendant from enforcing 36 O.S. § 5400 *et seq.* against Plaintiff's members, in accordance with the Court's Order granting a preliminary injunction in *AbbVie, Inc. v. Drummond*.[1] Plaintiff represents that before filing the present Motion (Dkt. 9), it sought a stipulation of non-enforcement from Defendant in light of this Court's Order enjoining certain parts of 36 O.S. § 5400 *et seq.* against other parties, but Defendant declined to agree to such stipulation.[2] Accordingly, for the reasons stated in this Court's Order in *AbbVie*, the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion (Dkt. 9) and **ENJOINS** the Attorney General from enforcing 36 O.S. §§ 5403 and 5404(B) against Plaintiff's members while this case is pending.

---

[1] Case No. CIV-25-726-PRW, 2025 WL 3048929 (W.D. Okla. Oct. 31, 2025).

[2] Mot. Prelim. Injunct. (Dkt. 9), at 1.

1

2

**IT IS SO ORDERED** this 2nd day of December 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

2